UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LONG, #270764,

      Petitioner,

v.                                  CASE NO. 2:09-CV-12124
                                  HONORABLE AVERN COHN

TIMOTHY BALL,

      Respondent.

_____/

## JUDGMENT

For the reasons stated in the Court's Opinion and Order entered and filed on this date, the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

DAVID WEAVER
CLERK OF THE COURT

By: s/Julie Owens
Deputy Clerk

Dated at Detroit, Michigan
July 26, 2011

I hereby certify that a copy of the foregoing document was mailed to Robert Long, 270764, Camp Lehman, 5135 Hartwick Pines Road, Grayling, MI 49738 and the attorneys of record on this date, July 26, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160